# EXHIBIT A

ASBESTOS ABATEMENT
TOXIC WASTE, HAZARDOUS
WASTE AND LEAD ABATEMENT AGREEMENT

Effective: May 1, 2018

Expires: April 30, 2021

between

**LABORERS' DISTRICT COUNCIL**

of the

Metropolitan Area of Philadelphia & Vicinity
665 North Broad Street
Philadelphia, PA 19123
684-2090

and

**DELAWARE VALLEY INSULATION AND
ABATEMENT CONTRACTORS ASSOCIATION,
INC.**

210

ASBESTOS ABATEMENT
TOXIC WASTE, HAZARDOUS
WASTE AND LEAD ABATEMENT AGREEMENT

Effective: May 1, 2018

Expires: April 30, 2021

between

**LABORERS' DISTRICT COUNCIL**

of the

Metropolitan Area of Philadelphia & Vicinity
665 North Broad Street
Philadelphia, PA 19123
684-2090

and

**DELAWARE VALLEY INSULATION AND
ABATEMENT CONTRACTORS ASSOCIATION,
INC.**



**ARTICLE 1**
Section 1 – Purpose..................................................................1
Section 2 – Governing Provisions..............................................1
Section 3 – Subcontractor Clause .............................................2
Section 4 – Recognition ............................................................2
Section 5 – Scope and Work Jurisdiction...................................2

**ARTICLE 2**
Section 1 – Territorial Jurisdiction............................................4
Section 2 – Key Employees and Fair Representation Hiring ......5

**ARTICLE 3**
Section 1 – Union Security ........................................................5
Section 2 – Non-discrimination .................................................6

**ARTICLE 4**
Section 1 – Working Hours .......................................................6
Section 2 – Tide Working Hours................................................7
Section 3 – Overtime ................................................................7
Section 4 – Holidays .................................................................7

**ARTICLE 5**
Section 1 – Wages ....................................................................8
Section 2 – Reporting for Work ................................................8
Section 3 – Pay.........................................................................9
Section 4 – Itemized Statement.................................................9
Section 5 – Yard Work Rates ....................................................9
Section 6 – Yard Work Week ...................................................10
Section 7 – Foreman ................................................................10

**ARTICLE 6**
Section 1 – Shift Work .............................................................10

**ARTICLE 7**
Section 1 – Out of town Employment........................................11

**ARTICLE 8**
Section 1 – Layoffs ..................................................................11

**ARTICLE 9**
Section 1 – Access to Jobs........................................................12
Section 2 – Steward .................................................................12

**ARTICLE 10**
Section 1 – Pre-Job Conference................................................12
Section 2 – Work Reports .........................................................13

**ARTICLE 11**
Section 1 — Grievance Procedure ................................................13
Section 2 — Workmen's Compensation ......................................15
Section 3 — Unemployment Number .........................................15

**ARTICLE 12**
Section 1 — Safety Regulations .................................................15
Section 2 — Job Injuries ...........................................................16
Section 3 — Tools, Equipment, Machinery and Facilities ..........16
Section 4 — Insurance Coverage of Clothing and Effects ..........17
Section 5 — Alcohol and Drugs ................................................17

**ARTICLE 13**
Section 1 — Bond Security for Fringe Benefit Payments ...........18
Section 2 — Field Dues Check-Off ............................................18
Section 3 — Delinquency Withdrawals .....................................19
Section 4 — Delinquent Policy of the Laborers District
            Council .............................................................19

**ARTICLE 14**
Section 1 — Health and Welfare Program ..................................23
Section 2 — Pension and Annuity Fund ....................................24
Section 3 — Pre-Paid Legal Services Plan .................................24
Section 4 — Education Apprenticeship and Training Fund ..........24
Section 5 — Laborers' - Employers Cooperation and Education
            Trust ................................................................26
Section 6 — Industry Advancement Fund ..................................27
Section 7 — Political Action Committee ....................................27
Section 8 — Laborer's Philadelphia Local Health & Safety
            Fund ................................................................28

**ARTICLE 15**
Section 1 — Most Favored Nation Clause ..................................28
**ARTICLE 16 – Labor Management Committee** ......................29

**ARTICLE 17**
Termination of Agreement .........................................................30
Parties Signature Page ..............................................................31

**SCHEDULE"A"**
Classifications & Hourly Wage Rates .........................................32
**SCHEDULE"B"**
Classifications & Hourly Wage Rates .........................................34
**SCHEDULE "C"**
Welfare Fund and Industry Advancement Program .....................35
**SCHEDULE "D"**
Construction Industry Pension Fund ..........................................36

**SCHEDULE "E"**
Building and Construction Health and Welfare Fund.................37

**SCHEDULE "F"**
Pre-Paid Legal Services Plan.................................................38

**SCHEDULE "G"**
Education and Training Fund.................................................39

**SCHEDULE"H"**
Laborers' - Employers' Cooperation and Education Trust
Agreement ........................................................................40

**SCHEDULE "I"**
Laborers' Philadelphia Local Health & Safety Fund ..................41

**EMPLOYER'S ACCEPTANCE OF AGREEMENT** .................................42

This Agreement made and entered into this 1st day of May, 2018, by and between the DELAWARE VALLEY INSULATION AND ABATEMENT CONTRACTORS ASSOCIATION, INC., herein after referred to as the "Employer," and the LABORERS' DISTRICT COUNCIL OF THE METROPOLITAN AREA OF PHILADELPHIA AND VICINITY, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, hereinafter referred to as the `Laborers' District Council" or the "Union."

**WITNESSETH:**

This Agreement is negotiated by the DELAWARE VALLEY INSULATION AND ABATEMENT CONTRACTORS ASSOCIATION, INC. as sole Negotiating Agent for its present and future members. For any breach of this Agreement, the liability of the said members shall be several, not joint, and the liability of the DELAWARE VALLEY INSULATION AND ABATEMENT CONTRACTORS ASSOCIATION, INC. shall be only that of Negotiating Agent, acting without liability for the acts of its individual members.

**ARTICLE 1**

**Section 1 - Purpose**

It is the intent and purpose of the parties hereto to promote harmonious economic and industrial relationships between the Employer and the Union; and to set forth therein the basic agreement concerning rates of pay, hours of work and conditions of employment between the parties to this Agreement; and the Employer and the Union jointly agree to perform dutifully the obligation imposed by this Agreement.

**Section 2 -Governing Provisions**

Any provisions contained in this Agreement that are contrary to or held to be in violation of the law on the part of either party hereto to any Federal, State or Municipal law now in force and effect or that may be hereafter enacted and

effective, shall have no force and effect for the duration of such voidance, it being intended, however, that the remaining provisions hereof shall be unaffected.

### Section 3 - Subcontractor Clause

It shall be the obligation of each individual Employer signatory to this Agreement, that no work to be performed under this Agreement by the Employer shall be subcontracted to any other contractor unless such subcontractor is signatory to a written agreement with the Laborers' District Council.

### Section 4 - Recognition

The Employer agrees to recognize the Laborers' District Council as the sole and exclusive bargaining agent for Laborers. The Union and the Employer agree that there shall be no strikes, lockouts or interruption of work.

### Section 5 - Scope and Work Jurisdiction

This Agreement shall be binding in the Counties of Philadelphia, Montgomery, Bucks, Chester and Delaware, in the State of Pennsylvania.

The Employer agrees to recognize the jurisdictional claims of the Laborers' District Council covering all work performed, including yard work, in connection with the removal, abatement, encapsulation, control, handling or disposal of asbestos, toxic waste, hazardous waste and lead abatement, which will be assigned in accordance with the jurisdiction of the L.I.U.N.A. as set forth in the April 17, 1985 International Agreement for Removal of Asbestos Containing Materials which is attached as Addendum "I" hereto and as it may be modified or clarified during the term of this Agreement by the Signatory International Union parties. The Laborers' District Council's jurisdictional claims also include, but are not limited to: bobcats, running of elevator, buggies, plug-inn electrical equipment, vacuum transportation system, (VEC Loader), forklift, job-site trucks, the erection, moving, servicing and

2

dismantling of all protective barriers, air locks, clean and dirty rooms, showers, air manifolds, erection and dismantling all protective equipment; the operation of all tools and equipment used in the handling, control, scraping, scrubbing, removal or disposal of asbestos, toxic waste, hazardous waste, lead abatement and other materials; the bagging, cartoning, crating, or otherwise packaging of materials for disposal; and the unloading, moving, erection, dismantling and loading, of all scaffolding.

In addition, the Laborers' District Council's jurisdiction shall include all aspects of abatement and remediation of mold, including but not limited to, the removal of al water damaged material, carpet and backing, ceiling tiles, cellulose insulation, concrete or cinder block surfaces, fiberglass insulation, hard surfaces, linoleum, ceramic tile, vinyl, non-porous, hard surfaces, plastics and metals, upholstered furniture, wallboard, drywall and gypsum board, window drapes through use of wet vacuum, damp wipe, high-efficiency particulate air (HEPA) vacuum, the discarding and removal of water-damaged material, and all use of personal protective equipment, including all containment and sampling of contaminants, use of chemicals to abate and eradicate mold or microbial organisms in all areas above-described and in heating, ventilating and air conditioning (HVAC) systems for all fungi and/or mold or microbial organisms currently known and identified and those unknown and unidentified; this mold and microbial remediation shall be unlimited in type of structures, locations or systems and shall be all inclusive in every respect.

The Laborers' District Council scope and work jurisdiction shall include, but be limited to:

Operating of all steam generator nozzles regardless of size for the purpose of deconning clothing, equipment and vehicles.

Collecting and washing of all personal protective equipment by using washing machines, tubs, faucets and all other means.

3

Storing and distributing of all personal protection equipment.

Operating all wagon drills and all self-contained drills regardless of size.

Handling unloading, loading, stock piling, the construction and demolition of all CRZ.

Maintaining an attendant at CRZ who will assist in taping and untaping all PPE, respirators and maintaining water in CRZ. However, it shall be the responsibility of the supervisor to determine whether, on a particular job, an attendant at CRZ will be required.

Handling all pumps including, but not limited to, electrical submergible pumps.

This Agreement applies to all on-site work of the type described in the preceding paragraph that is performed by the Employer.

The Laborer's District Council hereby agrees and acknowledges that all contractors and employers performing jobs, serviced by one or more members of any Local Union of the Laborers' District Council, which falls with the work jurisdiction of this Agreement, shall be required to do the work in accordance with the terms and conditions of this Agreement and not in accordance with the terms and conditions of any other agreement to which the Laborers' District Council or any of its Local Unions is a signatory.

## ARTICLE 2

**Section I- Territorial Jurisdiction**

This Agreement shall be binding in the Counties of Philadelphia, Montgomery, Bucks, Chester and Delaware, in the Commonwealth of Pennsylvania. When contractors are doing work in the areas aforementioned, they shall notify the appropriate Local Union in whose territory said work will be

4

performed of the approximate date of starting work and job location.

**Section 2 - Key Employees and Fair Representation Hiring**

The Employer, when doing work in any of the Counties of Philadelphia, Montgomery, Bucks, Chester and Delaware, in the Commonwealth of Pennsylvania and serviced by any Local Union of the Laborers' District Council, reserves the right to use his or its key employees; provided, that while the first five (5) employees on a job, at the sole election of the employer, may be key employees if one of them is selected and sent by the Union and designated as Steward, additional employees above this level shall be hired at a ratio of two (2) Local Union employees to one (1) key employee. Notwithstanding the foregoing, if the Local Union fails to provide the Employer with the number of Local Union employees required hereunder within forty-eight (48) hours after a request from the Employer, the Employer shall be permitted to use an unlimited number of his or its key employees on the job. For purposes of this Section, a key employee must already be a member of one of the Local Unions comprising the Philadelphia Laborers' District Council and Vicinity.

**ARTICLE 3**

**Section 1- Union Security**

The Laborers' District Council, on behalf of its member Unions, agrees, at the request of the Employer, to furnish competent Laborers to the Employer. It is agreed that after the employee, who, by the nature of his work, comes within the provisions of this Agreement, and who shall have worked for the Employer for at least seven (7) days, such employee shall be required to then become and remain a member of the Union in good standing and the Union shall make membership therein continuously available to such employee on the same terms and conditions as are generally applicable to the other members of the Union.

5

An employee who fails or refuses to become a member of the Union not later than the eighth day after the date of his hiring by an Employer, or who during the term of this Agreement loses his good standing in the Union because of failure to pay the Union the periodic dues and the initiation fee uniformly required as a condition of acquiring or retaining membership in the Union shall, upon written notice to that effect from the Union to the Employer, be discharged by such Employer. However, it is understood that all employees hired as laborers are to be paid at the rates and wages set forth in this Agreement, from the employee's first day of employment, irrespective of whether the employee retains union status.

**Section 2 - Nondiscrimination**

No employee or applicant for employment shall be discriminated against by reason of race, religion, color, sex, or national origin and the parties hereto agree to comply with any and all State and Federal laws, and rules and regulations promulgated pursuant thereto, guaranteeing civil rights and liberties to all persons.

## ARTICLE 4

**Section 1- Working Hours**

Eight (8) hours shall constitute a day's work, time to be made between 7:00 A.M. to 5:30 p.m., Monday through Friday. Lunch period shall be 12:00 Noon to 12:30 P.M. If employees are required, because of an emergency, to work through their lunch period, such employees shall receive time and one-half for their lunch period involved. No employees shall be permitted to work for more than five (5) hours without an allowance of at least fifteen (15) minutes for lunch period, which period shall be treated and paid for as time worked.

At the option of the Employer and with authorization of the Business Manager of the Local Union, a work week consisting of four 10-hour days at the straight time rate of pay may be utilized. The 5th day may be utilized as a makeup day at the

6

straight time rate of pay for hours lost during the regular work week provided, however, that all hours worked in excess of 10 on any given day or 40 in any given work week shall be paid at the overtime rate.

### Section 2 - Tide Working Hours

All work affected by the tides, Monday through Friday, any eight (8) hours between 6:00 A.M. and 6:00 P.M., may be worked at straight time work.

### Section 3 - Overtime

All time made on holidays shall be paid at the rate of double time. All other overtime shall be paid at the rate of time and one-half. Except as provided in Section 1 of Article 4, all hours worked in excess of eight (8) on any given day, regardless of the day of the week on which the work is performed, shall be paid at the applicable overtime rate.

At the option of the Employer and with the authorization, on a job-by-job basis, of the Business Manager of the Local Union having territorial jurisdiction, Saturday may be utilized as a makeup day at the straight time rate of pay for hours lost during the regular work week. However, in situations where an irregular work week includes Saturday, work performed on Saturday shall not be considered as overtime work.

### Section 4 - Holidays

Holidays to be observed and for which employees shall be paid if they work said holidays are as follows:

New Year's Day
Martin Luther King's Birthday
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Christmas Day

7

Any of the above holidays which fall on a Sunday shall be observed on the following Monday. Any holiday which falls on a Saturday shall be observed on Saturday.

## ARTICLE 5

### Section 1 - Wages

All classifications, wage rates and fringe benefits shall be set forth in Schedule "A" attached hereto and by this reference made a part hereof.

### Section 2 - Reporting for Work

A laborer who is not put to work, after initially reporting to the job upon the expressed order of an Employer shall be guaranteed four (4) hours pay. If a laborer who, upon expressed order of Employer, reported to the job and would be entitled to the guaranteed four (4) hours pay, shall, if put to work and continues to work after 12:00 Noon, be guaranteed eight (8) hours pay for such initial work day on the job, calculated at the hourly wage rate.

When a laborer is sent to a job-site from the office of the Local Union in response to a request from an Employer, the Business Manager shall furnish a slip for each laborer sent to the job. When such laborer is put to work, he shall be guaranteed four (4) hours pay.

When a laborer who has already been put to work is instructed by his Employer to report for a medical examination required by OSHA, he shall be paid for the time, up to two hours, which he loses in order for the examination to be performed.

When any laborer reports for employment to a job site as instructed and then is transferred or instructed to report to another place for work, he shall be provided with transportation by the Employer and be paid for the time traveling from one job site to another.

8

Any day after the initial reporting day, a laborer who reports to work and is not put to work will be paid two (2) hours show up time.

### Section 3 - Pay

All laborers covered by this Agreement shall be paid weekly on the job in cash or check, when practical, in a protected place. The Employer shall have the option of withholding three (3) days' pay. Should the Employer fail to comply with this section, the employee shall receive four (4) hours waiting time. He shall receive all monies due (regular pay and four (4) hours waiting time) within three (3) working days after the regular payday. At the request of the employee, the Employer shall mail all monies due no later than midnight of the third working day after the regular payday. In the event of failure of the Employer to comply with such request within three (3) working days after payday, the employee shall receive four (4) hours waiting time per day until the employee is paid. If an Employer's check is returned because of insufficient funds, the Union shall have the option to require the Employer to pay in cash.

Laborers shall be paid before quitting time on payday.

### Section 4 - Itemized Statement

An itemized statement shall be included in the pay envelope or upon the check stub. Said statement shall show gross income, deductible items and the net amount. This statement or check stub is to be retained by the employee.

### Section 5 - Yard Work Rates

The classification and hourly wage rate for those laborers who are employed in the yards of the Employer, shall be as set forth in Schedule "A" attached hereto and by this reference made part hereof.

9

### Section 6 - Yard Work Week

Forty (40) hours shall constitute the work week. Overtime for time made in excess of forty (40) hours a week shall be paid at the rate of time and one-half. Holiday work shall be paid at the rate of double time.

### Section 7 - Foreman

When five (5) or more laborers are employed on a job by an Employer, one (1) shall be selected by the Employer to act as Foreman. When fifteen (15) or more laborers are employed on a job by the Employer, a second laborer shall be selected by Employer to act as a Foreman. The wage rate for the Laborer Foreman shall be not less than one dollar ($1.00) per hour more than the basic hourly rate of laborers. All Foremen shall be members in good standing of L.I.U.N.A. and shall have completed the 40-hour supervisor's asbestos training course, including "competent person" qualification.

### ARTICLE 6

### Section 1- Shift Work

When more than one (1) shift is employed, the second shift shall be paid at a rate that is $0.25 per hour above the regular basic hourly wage rate; the third shift shall be paid at a rate that is $0.50 per hour above the basic hourly rate. Shift time to be made between the hours of 4:30 P.M. and 8:00 A.M., whether or not there has been a previous shift working. An Employer may have a shift for eight hours starting after 4:30 p.m. and the laborers shall be paid for eight hours worked. This applies where there is only one shift. Where such employees work more than the specified hours for the shift on which they are working, they shall be paid overtime at the rate of time and one-half. Shift time worked from Friday Midnight until 8:00 A.M. Saturday shall be paid at the regular basic hourly rate. All work performed between the hours of 8:00 A.M. Saturday and 8:00 A.M. Monday shall be paid for at the rate of time and one-half. None of the provisions of the within paragraph shall

10

apply to the hour worked between 7:00 A.M. and 8:00 A.M., where such hour is part of the day shift.

## ARTICLE 7

### Section 1 - Out of Town Employment

When an employee is sent to work outside of the territorial area described in Article 2 of this Agreement and such employee is required to stay overnight, the Employer shall pay for his expenses, board and lodging.

## ARTICLE 8

### Section 1 - Layoffs

When a laborer is laid off, because of lack of work or job completion, or dismissed, he shall be paid his final wages in cash or check at the Job on the day the layoff occurs. However, the Employer may pay the laid off worker his final wages (or send payment to the appropriate Union Hall) by 12:00 Noon of the following business day provided that (1) the reason for failure to immediately pay final wages is beyond the reasonable control of the Employer, and (2) the Employer provides the Union with an acceptable explanation of the reason for the delay in payment. If a laborer is absent on the day he is to be laid off, and reports to work the following work day, he will be paid before 8:30 A.M. If the laborer does not appear before 8:30 A.M. on that following work day to receive his pay, the Employer shall mail the payment to the appropriate Union Hall and it must arrive at the Hall within three (3) working days. In the event of failure of the Employer to comply with this section, the laborer shall receive four (4) hours waiting time.

If a laborer is not paid before leaving the job, other than due to absence or for circumstances beyond the control of the Employer as set forth in the preceding paragraph, he shall receive all monies due (regular pay plus four (4) hours' waiting time) within three (3) working days after layoff or dismissal.

11

At the request of the laborer, the Employer shall mail all monies due no later than midnight of the third working day. In the event of failure of the Employer to comply within three (3) working days after layoff or dismissal, the laborer shall receive four (4) hours' waiting time per day until the laborer is paid. Laborers shall be paid thirty minutes before quitting time when being laid off.

### ARTICLE 9

**Section 1 - Access to Jobs**

The Union's Business Manager, or his designee, shall have access to all jobs to which Employer exercises control of entry.

**Section 2 - Steward**

A Steward has absolutely no authority to call or cause any work stoppage, but he shall have the authority to detect any violations of the terms and provisions of this Agreement and to report any such violations, if found, to his Business Manager. He shall be allowed sufficient time to perform his duties. When dissatisfied with the Steward, the Employer shall notify the Business Manager.

When two (2) or more laborers are employed, the Steward shall be given the opportunity to work.

### ARTICLE 10

**Section 1 - Pre-Job Conference**

Upon written notice by either party to the other requesting a pre-job conference, such conference shall be mandatory and arranged for between the parties within a reasonable time prior to the commencement of the job. There will be a $1,000 fine imposed for not attending the pre-job meeting which shall be applicable to the parties this agreement.

At the conference, Employer shall provide to the Union a certificate of insurance, including but not limited to a certified

12

copy of a fringe benefit bond in the amount designated in this Agreement, and a certificate evidencing workers` compensation coverage. Failure to provide said certificates in accordance with this paragraph shall constitute a breach of this agreement. It is also understood and agreed by the parties hereto that the lack of a pre-job conference shall not constitute a waiver on behalf of the Union to be provided the certificates above mentioned and Employer shall be obligated to provide the certificates prior to the commencement of any work.

**Section 2 - Work Reports**

The Employer shall provide the Union with monthly reports which list (1) all work that it is under contract to perform but which has not yet commenced, (2) all work currently in progress and (3) all work completed since the date of the previous report. Failure to remit said reports shall constitute a breach of this Agreement.

### ARTICLE 11

**Section 1- Grievance Procedure**

The following shall be the procedure to be followed with respect to all disputes of any nature whatsoever which may arise between the parties hereto or their individual members:

(i) If the dispute affects or arises on a particular job or operation, an attempt shall be made to settle it by discussion between the Foreman and/or Superintendent on the job or operation, on the one hand, and the Local Union's Business Manager for the area in which the job or operation is located, on the other hand.

(ii) If the discussion provided for in paragraph (i) above is not held, or if it does not result in a prompt settlement of the dispute, an attempt shall be made to settle the dispute by discussion between the Employer and/or the Superintendent on the job or operation, on the one hand and the Council's Business Manager, or his designee, on the other hand.

13

(iii) If the discussion provided for in paragraph (ii) above does not result in a prompt settlement of the dispute, or if the dispute affects or involves more than one job or operation, an attempt shall be made to settle the dispute by discussion between the Business Manager of the Council, on the one hand, and an officer or manager of the individual Employer, on the other hand. If such discussion does not result in a prompt settlement of the dispute and either Council or the Employer desires further action respecting such dispute, such further action shall be arbitration in the manner hereinafter set forth.

(iv) The Council or the Employer, whichever decides that there shall be further action on the dispute, shall notify the other in writing by registered mail of its intention to submit the dispute to arbitration, and shall, simultaneously, file with the American Arbitration Association a written demand for arbitration of said dispute, whereupon an arbitrator shall be appointed in accordance with the then prevailing rules of the Labor Arbitration Tribunal of said American Arbitration Association, except that if the parties hereto fail to agree upon any of the persons named in the first list submitted by said Association to the parties or if those named in said list decline or are unable to act, and if for any other reason the appointment cannot be made from such first submitted list, said American Arbitration Association shall send a second list of names of persons chosen from the Association's Panels, and thereafter proceed in accordance with its rules aforesaid. The arbitrator thus appointed shall hold hearings as promptly as may be and shall render his award in writing and such award shall be final and binding upon the Council and the Employer and upon their respective principals or members. The arbitrator's fees and expenses and the fees of the American Arbitration Association shall be shared equally by the Council and the Employer. No dispute, disagreement or question, shall result in any strike, slowdown, stoppage, abandonment of the work, or lockout, pending the completion of all procedures, including arbitration.

14

**Section 2 - Workmen's Compensation**

It is agreed by and between the parties hereto that the Employer shall register with the Union, affiliated with Laborers' District Council, the proper certificate showing that such Employer is properly covered with Workmen's Compensation Insurance during the time members of the Union are working. This certificate shall be produced at a Pre-Job Conference pursuant to Article 10, Section 1. In the event no pre-job conference occurs, said certificate shall be produced to the Union prior to commencement of work.

**Section 3 - Unemployment Number**

It is agreed by and between the parties hereto that in order to ensure that the members of the Union shall be protected under State and Federal law, it shall be mandatory that the Employer provide its registered State number covering social security, unemployment compensation benefits and old age pension payments.

**ARTICLE 12**

**Section 1- Safety Regulations**

Laborers and Employers shall comply with all State and Municipal laws, rules and regulations pertaining to safety.

The Union shall offer, provide, and require attendance by each employee, thirty-two (32) hours of instructional training in the safe and proper performance of an employee's duties of employment as an asbestos removal laborer, which instruction shall be given by instructors who are qualified and experienced in asbestos removal, at a school or institution which is licensed and accredited by the United States Department of Labor Occupational Safety and Health Administration and also in accordance with the Asbestos Hazardous Emergency Response Act (AHERA), and approved by the Commonwealth of Pennsylvania, the City of Philadelphia or any other applicable political subdivision for the purpose of training persons to remove safely and properly asbestos and/or similar substances and insulation from buildings and other public areas. In addition to other topics and subjects offered during

15

the instructional training, the curriculum also shall include such subjects as the employee's responsibility for safety, the avoidance of tardiness and absenteeism and the need for productivity.

The Employer shall be responsible for providing medical screening for employees on all asbestos abatement projects in accordance with OSHA requirements.  Said screening shall be required of all new employees before such employee begins work. The Employer must ensure that all employees working on all asbestos abatement projects have at least one (1) medical surveillance (physical examination) test annually. The cost of such screening shall be. borne by the Employer for all tests performed. Any employee required to leave a work site for medical surveillance will be given credit for up to two (2) hours for screening purposes. However, the Employer shall not be responsible for any payment of wages for any screening times prior to employee commencing work on a job site.

### Section 2 - Job Injuries

When an employee covered by this Agreement is injured on the job during his regular working hours, and reports the injury to his Employer, he shall be paid for the time lost from the work day while receiving treatments in a physician's office, clinic, or hospital, if required. If on the order of a physician the employee is kept in the hospital or sent home, he shall be paid for the balance of the work day at his hourly rate of pay, provided that he presents a certificate from the physician stating that he was treated as claimed.

### Section 3 - Tools, Equipment, Machinery and Facilities

The Employer shall furnish all necessary tools and equipment and, where practical, a secure lock-up for such tools and equipment and a suitable place for laborers to change clothes. The employee will sign for any tools and equipment issued to him personally.

16

Foul weather gear and rubber boots shall be provided for employees, when required. The Employer shall furnish shower facilities.

**Section 4 - Insurance Coverage of Clothing and Effects**

Employers shall maintain, at their sole cost and expense, insurance coverage against loss by fire and/or theft for the personal effects and clothing of laborers covered by this Agreement with limits of $200.00 per laborer while such laborers are off the job site upon which they are employed. It is not intended that this coverage shall apply to the personal effects and clothing of laborers who have failed to remove same upon their discharge or voluntary termination of employment or who have failed to place same within the shanty provided for that purpose.

**Section 5 -Alcohol and Drugs**

The parties hereto agree to adopt a drug and alcohol policy as part of this Collective Bargaining Agreement. It is understood that random drug testing may be employed so long as the testing occurs in a non-discriminatory fashion. The policy shall be in place to provide a safe, dependable and economic service to Employer's customers and to ensure a safe workplace that promote high standards of employee health and free of the adverse effects of alcoholic beverages and illegal drugs or legal drugs obtained illegally or taken for purpose of abuse. This policy is to consider the manner of testing and specifically testing occasioned upon reasonable suspicion that drug or alcohol use has occurred and rendered the workplace unsafe and placed both the Employer's property and the employee or employee(s) in a position warranting appropriate intervention. In addition, the policy shall set forth what constitutes prohibited conduct and that policy shall be given to all employees prior to their engaging in covered employment under this Agreement. It is understood by the parties that this policy shall consider rehabilitation and provide a mechanism for assistance and treatment along with

17

discipline. The policy shall be a part of this agreement and is incorporated by reference and shall be available upon request.

## ARTICLE 13

### Section 1 - Bond Security for Fringe Benefit Payment

Each Employer agrees to furnish a bond with a financially recognized and responsible corporate surety guaranteeing the payment by the Employer of the contributions to the various fringe benefit funds under this Agreement. Employer agrees to furnish a copy of the bond at the Pre-Job Conference set forth in Article 10, Section 1. In the event neither party requests a pre-job conference and none occurs, Employer shall furnish a copy of the bond to the Union prior to commencement of work on the job. The amount of the bond shall be based on the number of hours estimated to complete the job. In any event, at no time shall any bond be less than the amount of One Hundred Thousand Dollars ($100,000.00).

Any Employer, as party to this agreement, who cannot furnish a bond or is awaiting a bond from a financially recognized and responsible corporate surety, shall remit wages and fringes on a weekly basis until the bond is furnished. Failure to remit wages and fringes in this manner shall constitute a delinquency subject to Section 3 of this paragraph.

### Section 2 - Field Dues Check-off

The Employer shall deduct from the wages of all employees, who are covered by this Agreement and who have signed and delivered to the Employer proper legal authorizations for such deductions, a field dues check-off in the sum of two dollars and forty cents ($2.40) for each hour worked (whether regular time or overtime) for which wages or compensation (including compensation for reporting time as required by Article 5, Section 2 hereof) are paid by the Employer to said employees.

18

The Employer shall submit a bi-weekly report of said deduction, which report shall be on a designated form used by the Employer for reporting payments due. It is further agreed that the Employer shall require all employees to sign legal authorization for such deductions at the time of hiring.

Any employee who loses his good standing in his Local Union by reason of his failure to tender to the Local Union periodic membership dues and/or initiation fees uniformly required, or who is in arrears in the payment of field dues to the District Council shall upon written notice to that effect from the District Council to the Employer, be discharged.

### Section 3 - Delinquency Withdrawals

If an Employer fails to make payment to the Funds as required in this Agreement, and the Board of Trustees of the Fund determines that the Employer is delinquent in making payments to the Fund, the Board of Trustees shall notify the Laborers' District Council of such delinquency; and it shall not be a violation of this Agreement, so long as the delinquency continues, if the Union withdraws its members from the jobs of the Employer. Any employees so withdrawn shall not lose their status as employees, and such employees shall be entitled to claim wages or other compensation for any period during which they have been withdrawn.

### Section 4 - Delinquency Policy of the Laborers' District Council

WHEREAS, the benefit funds listed below ("Benefit Funds") were created by collective bargaining agreement between Laborers' District Council of Philadelphia and Vicinity and the General Building Contractors Association, or the Contractors Association of Eastern Pennsylvania, or other construction Industry Employers; and

WHEREAS, the Benefit funds have a fiduciary responsibility, pursuant to the Employee Retirement Income Security Act, of

19

monitoring and collecting delinquent Employer contributions to the Benefit Funds; and

WHEREAS, by agreement dated July 12, 1983, as amended on the 27th day of September, 1989 and subsequently amended January 1, 1996, there was created the Laborers' District Council Benefit Fund Delinquency Committee (hereinafter "Delinquency Committee") for the purpose of coordinating information received from and distributed to the Benefit Funds, the Laborers' District Council, The General Building Contractors Association, and the Contractors Association of Eastern Pennsylvania; and

WHEREAS, the said agreement provides that the Delinquency Committee will promulgate a Delinquency Employer Benefit Policy to be adopted by the Delinquency Committee and to be referred to the Benefit Funds for their consideration and approval;

NOW, THEREFORE, the parties to this Agreement hereby adopt the following Delinquency Policy with respect to the collection of contributions to the Benefit Funds.

### 1. Master Delinquency Roster

When comparison of prior Employer Remittance Reports with either current reports or with the information received dealing with work or jobs in progress, or the absence of current reports, suggests a delinquency, the Administrator of the Laborers' District Council Construction Industry Pension Fund (hereinafter "Pension Fund Administrator") shall log such possible delinquency in a Master Delinquency Roster. This roster will show the name, address and telephone number of the Employer, the last contribution received, and the reasons for any assumption of delinquency. The roster shall also contain a record for delinquency collection or enforcement effort activity. This will include telephone conversations, indicating times, dates and person contacted, as well as disposition. Dates of correspondence should also be logged

20

for the purpose of enabling the Administrator to maintain a complete history of collection or enforcement efforts.

**2. Delinquent Collection Procedure**

An Employer will be deemed delinquent if the Employer's Remittance Report and the appropriate contributions are not received by the twenty-fifth (25th) day of the month following the month for which contributions are due ("Due Date").

A. If an employer has not submitted a remittance report and the appropriate contribution by the twenty-fifth (25th) day of the month following the month for which contributions are due, the Trustees shall impose interest commencing on such twenty-fifth (25th) day. Such interest rate shall be 12% per annum.

B. If the employer remains delinquent, on the twenty-fifth (25th) day of the following month (i.e., the twenty-fifth (25th) day of the second month following the month for which contributions are due) the Trustees shall impose liquidated damages in the amount of 10% of the total amount of the delinquent contributions.

(i) The District Council shall have the right to withhold employees covered by this Agreement from the employer until all sums due are paid and the employees shall be paid their wages for the time lost.

(ii) The Trustees shall notify the bonding company twenty (20) days after the Due Date of the delinquency or twenty (20) days after a final audit report is issued by its auditor and institute suit on the Bond.

(iii) The Trustees shall institute legal action against the employer thirty (30) days after the Due Date, in which case the employer shall be liable to pay (in addition to the principal sums and 10% liquidated damages due the fund) interest at 12% per annum, cost of suit and attorneys' fees.

21

If the Trustees of the respective Funds, in its sole discretion, determines that an Employer has a satisfactory record of timely payments, the Trustees may notify such Employer in writing that his payments into the respective funds will be required by the 25th day following the end of each calendar month.

### 3. Settlements

Neither the Union, any association nor the Pension Fund Administrator is authorized to enter into any extension of contribution due dates. Any extension of time within which an Employer is required to make a contribution must be in writing and approved by the Trustees of the various Benefit Funds.

Any decision to accept less than required contribution from an Employer shall be made only by the Trustees of the various Benefits Funds. Such decision or agreement between the Trustees and the Employer shall be in writing. Such Trustees will enter into a less than whole settlement only in the event that the efforts of collection would prove more costly than the contribution not collected as a result of the settlement, or if the Trustees believe that further delay would result in failure to collect even the amount offered in settlement.

### 4. Audits

Specific audits of suspected delinquents will be scheduled by the Trustees of the Benefit Funds as the need arises. Periodic routine random audits of contributing Employers will also be conducted by auditors employed by the Trustees as required. In the event that the audit undertaken by the Trustees results in a delinquency in excess of ten (10%) percent of the total amount of the contributing Employer's Plan contribution, as indicated from the report submitted by the Employer and the amounts said Employer paid to the Fund for the period in which the delinquency arose, the delinquent Employer shall also be obligated to pay the costs of the audit.

22

**5. Guidelines**

This delinquency policy is intended to provide guidelines for the Trustees of the Delinquency Committee and the Trustees of the Benefit Funds sponsored by the Laborers' District Council, the Pension Fund Administrator and the Laborers' District Council. The underlying rationale of the Trustees is to determine what is in the best interest of the Funds and their beneficiaries. All delinquency enforcement collection and settlement efforts shall be motivated by the desire to meet that objective.

**6. Electronic Reporting and Remittance**

Each Employer shall, within twenty-five (25) days after the end of each payroll month following the month in which the work was performed, remit all payroll reports and tender contributions for all benefit funds named in this Agreement, by electronic filing to the designated depository consistent with the procedures established by the trustees of the Laborers' District Council Benefit Funds. This section shall define the means by which Employers report and contribute benefits to the respective Benefit Funds under this Agreement.

**ARTICLE 14**

**Section 1- Health and Welfare Program**

The parties hereto agree to continue and to maintain the Health and Welfare Fund established under the collective bargaining agreement between the parties hereto under the date of the 1st day of May, 2018, in accordance with the provisions of such Health and Welfare Program as set forth in Schedule "E" attached hereto and made part hereof.

Effective May 1, 2018 through April 30, 2019, the Employer shall contribute ten dollars and ninety-five cents ($10.95) per hour for each hour worked (whether regular time or overtime).

23

**Section 2 - Pension and Annuity Fund**

The parties hereto have agreed to the Pension Fund for the benefit of all employees covered by this Agreement, contributions to which were effective as of May 1, 2018. The said Pension fund is to continue under the terms, covenants and conditions as more specifically set forth in Pension Trust Agreement marked Schedule "D" attached hereto and made part hereof.

Effective May 1, 2018 and for the period May 1, 2018 through April 30, 2019, the Employers shall contribute eleven dollars and ninety-eight- cents ($11.98) per hour for each hour worked (whether regular time or overtime).

**Section 3 - Prepaid Legal Services Plan**

The parties hereto have agreed to the Prepaid Legal Services Plan for the benefit of all employees covered by this Agreement, contributions to which are effective as of May 1, 2018. The said Prepaid Legal Services Plan is to continue under the terms, covenants and conditions as more specifically set forth in the Prepaid Legal Service Plan Trust Agreement marked Schedule "F" attached hereto and made part hereof.

Effective May 1, 2018 and for the period May 1, 2018 through April 30, 2019, the Employer shall contribute forty-one cents ($.41) per hour for each hour worked (whether regular time or overtime).

**Section 4 - Education Apprenticeship and Training Fund**

The parties hereto have agreed to the Education and Training Fund for the benefit of all employees covered by this Agreement, contributions to which were effective as of May 1, 2018. Effective May 1, 2018 and for the period May 1, 2018 through April 30, 2019, the Employer shall contribute two dollars and six cents ($2.06) per hour for each hour worked (whether regular or overtime). The said Education and Training Fund is to continue under the terms, covenants and conditions as

24

more specifically set forth in Education and Training Trust Agreement marked Schedule "G" attached hereto and made part hereof.

The Union and the Contractors Agree to continue to maintain a Construction Craft Laborer Apprenticeship Program. The Joint Apprenticeship and Training Committee established by both parties in accordance with Pennsylvania approved LDC Apprenticeship Standards previously adopted by the committee shall have the authority to set, administer and enforce all rules, regulations, ratio and rates for apprentices and the apprenticeship program. Entry into the Apprenticeship Program shall be controlled by the JATC, which shall employ appropriate testing and screening procedures.

The Employer shall participate in the apprenticeship program by accepting apprentices for employment upon referral by the Union. The Employer is required to accept an apprentice, provided there is work for such apprentice, once four journey workers are employed. The ratio of apprentice to journey workers is four journey workers to one apprentice (4:1). An apprentice shall not work on a jobsite unless supervised by a journey worker.

An apprentice should whenever possible, be rotated by the Employer through different types of work so as to become trained in a variety of task and work skills. Where the Employer is unable to provide an apprentice with experience in the full range of the craft skills, the JATC may request the Local to reassign the apprentice to other employment in order to provide the experience. For so long the Employer is able to provide the necessary range of employment experience, the Employer may choose to retain the apprentice from job to job throughout the five -county area. It shall be the objective of both the Employer and the Union to make reasonable efforts to keep apprentice working so that they can complete the program and become journey workers in a reasonable amount of time.

25

Apprentice Wage Rate Schedule

The Apprentice Program consists of 4000 hours of on-the-job training and 288 hours of related classroom training. The rate for each period of the apprenticeship is expressed as a percentage of the skilled Construction Craft Laborer journey worker rate specified in the collective bargaining agreement.

The schedule that follows provide for eight equal periods of approximately 500 hours of work and training each:

1st period at 50% of the journey workers rate.
2nd period at 55% of the journey workers rate.
3rd period at 60% of the journey workers rate.
4th period at 65% of the journey workers rate.
5th period at 70% of the journey workers rate.
6th period at 75% of the journey workers rate.
7th period at 80% of the journey workers rate.
8th period at 80% of the journey workers rate.

The employer may pay a higher rate at is option. However, the Apprentice must meet his or her commitment to the JATC regardless of the level being paid. An apprentice shall not be penalized for taking off from work to attend offsite training required by the JATC.

Apprentice Fringe Benefit Schedule

The Employer shall contribute to the apprentice Health and Welfare and IAP. Deductions include Field Dues and PAC. However, the Employer may contribute to the full complement of fringe benefits funds established under this agreement.

**Section 5 - Laborers - Employers Cooperation and Education Trust**

Effective May 1, 2018 and for the period May 1, 2018 through April 30, 2019, the Employers shall pay twenty-eight cents ($.28) per hour for each hour worked (whether regular time or overtime) to the Laborers-Employers Cooperation and

26

Education Trust. The said Laborers-Employers Cooperation and Education Trust Agreement is marked Schedule "H" attached hereto and made a part hereof.

### Section 6 - Industry Advancement Fund

The Employer agrees, commencing May 1, 2018, to pay into such fiscal agent selected by the Delaware Valley Insulation and Abatement Contractors Association, Inc. a contribution of fifteen cents ($.15) per hour for each hour worked by each laborer (including foremen). Contributions shall be subject to increase or decrease as determined by the Delaware Valley Insulation and Abatement Contractors Association, Inc.; provided, however, that Employers shall notify the Union in writing at least thirty (30) days in advance of such changes. The contributions comprising this Fund shall be administered by the Delaware Valley Insulation and Abatement Contractors Association, Inc. and shall be used in payment of the operating costs of such Association including, but not limited to, the expenses incurred in connection with the promotion of stability of relations between labor and management, the Association's cost of collective bargaining, costs of representation in the adjustment of grievances and in arbitration, fees of arbitration, secretarial costs, counsel fees, conducting safety campaigns, research programs and such other matters as will be beneficial to the industry at large. No Employer or employee shall have any interest, proprietary or otherwise, in said contributions and/or the assets of said Fund.

### Section 7 - Political Action Committee

Effective May 1, 2018 the Employer shall deduct from the wages of all employees who are covered by this Agreement and who have signed and delivered to the Employer proper legal authorizations for such deductions, a contribution to the Laborers' District Council Political Action Committee in the amount of forty-five cents ($.45) for each hour worked.

27

Each such Employer shall, within fifteen (15) days after the end of each month, transmit to the Depository as defined in this Agreement amounts deducted during such month pursuant to this Article, together with the Employer's report of deductions, which report shall be on the same form as is used by the Employer for reporting payments due by the Employer as contributions made to the Health and Welfare and Pension Funds.

### Section 8 - Laborers' Philadelphia Local Health & Safety Fund

Effective May 1, 2018 the Employer will pay into the above-mentioned fund for the benefit of its employees, twenty-two ($0.22) cents per hour for every hour worked (whether it be straight time or overtime).

## ARTICLE 15

### Section 1 - Most Favored Nation Clause

Any other Employer Association, or an Employer employing laborers within the territorial jurisdiction covered by this collective bargaining agreement may become a party hereto and be bound by the provisions hereof, without becoming a member of the Delaware Valley Insulation and Abatement Contractors Association, Inc., by the execution of a counterpart of this Agreement.

The Union agrees that, should it or the International enter into any other collective bargaining agreement relating to the work jurisdiction covered by this Agreement with any other employer during the effective period of this Agreement which contains terms or conditions, including wages or contributions, more favorable or advantageous to such employer than those provided herein, then Employer members of the Delaware Valley Insulation and Abatement Contractors Association, Inc., may elect, at his, it's or their sole discretion, to substitute any or all of such more favorable conditions for those provided herein.

28

## ARTICLE 16
### Section 1 – LABOR-MANAGEMENT COMMITTEE

A labor-management committee shall be established hereunder consisting of two (2) representatives appointed by the Association and two (2) representative appointed by the LDC. The committee shall meet at least four times per year to discuss issues relevant to this Agreement and the construction trades including, but not limited to, monitoring pre-job conferences and rate reductions for suburban (county) work and other matters of mutual concern. The meetings shall be held at such times and places as the parties may mutually agree and , if possible, each party shall provide the other with agenda items reasonably in advance of such meetings. Each party shall bear its own costs of attending and participating in the meetings.    The Committee is authorized to make recommendations to the Association and LDC regarding relevant matters but will not have authority to change, delete or modify the terms of the Agreement. Committee discussions shall not be publicized except as agreed upon by the Committee.

29

## ARTICLE 17
### TERMINATION OF AGREEMENT

This Agreement shall be binding upon the parties hereto, as well as upon respective successors and assigns, including any contractor intending to independently be bound to the terms and conditions of this Agreement, with the inclusion of any modification, extension or renewal for the period beginning May 1, 2018 and ending at midnight of April 30, 2019, except as hereinafter specifically provided, and thereafter from year to year, unless each party hereto shall notify the other in writing at least ninety (90) days prior to the expiration of the term, or of any extended term, of this Agreement an intention to change or amend any of the provisions of this Agreement upon expiration of its term or of any extended term thereof. Such notice shall be served by certified mail, post marked not less than ninety (90) days prior to such expiration date.

Should either party give notice to the other as aforesaid, then, within thirty (30) days after the mailing of said notice, representatives of the Association and of the LDC shall meet to discuss, negotiate, and agree upon such changes. If no agreement as to such changes is arrived at before the expiration of the term of this Agreement, then the whole of this Agreement shall be considered terminated upon the expiration of the term, or of the then current extension of the term of this Agreement, unless extended by mutual agreement in writing of the parties hereto.

IN WITNESS WHEREOF, the parties hereto, intending to legally bind themselves, their heirs, successors and assigns do hereby set their hands and seals the day and year first mentioned.

30

DELAWARE VALLEY INSULATION AND ABATEMENT
CONTRACTORS ASSOCIATION, INC.
LABORERS' DISTRICT COUNCIL OF THE
METROPOLITAN AREA OF PHILADELPHIA
AND VICINITY

Delaware Valley Insulators and Abatement
Contractors Association, Inc.

_____
By:  Authorized Agent for Association

Date: _____

Laborers' District Council of the
Metropolitan Area of Philadelphia and
Vicinity

_____
By: Ryan N. Boyer

Date: _____

31

**SCHEDULE "A" CLASSIFICATIONS D**

**HOURLY WAGE RATES**

|  | 5/1/18 | 5/1/19 +$1.60 | 5/1/20 +$1.65 |
|---|---|---|---|
| Master Abatement Labor Technician .............. $32.00 | | | |

| Health and Welfare .......... $10.95 |
| Pension and Annuity......... $11.98 |
| L.P.L.H.S.F. ...................... $0.22 |
| IAP. .................................... $0.15 |
| Prepaid Legal..................... $0.41 |
| L.E.C.E.T. ........................... $0.28 |
| L.E.T.P/J.A.P. .................... $2.06 |

NOTE: Deduction from net wages after taxes is $2.40 per hour for Field Dues Check-Off and $0.45 per hour for Political Action Fund

NOTE: The parties agree to a 15% rate reduction for suburban (county) work.

32

All apprentices joining the new Laborers' District Council Joint Apprenticeship Training Program on or after 5/1/00 shall only be eligible to receive Health and Welfare benefits and shall receive the wages set forth in Article XIV, section 4.

The Union shall be responsible for verifying the hours of asbestos removal experience attributable to each employee and for notifying the Employer of the required pay raises.

**APPRENTICE EXPERIENCE RATIOS**

The ratio of apprentices to journeyman/woman will be 4:1, (4) journeyman/woman to (1) apprentice.

33

### SCHEDULE "B" CLASSIFICATIONS & HOURLY WAGE RATES

\* Toxic and Hazardous Waste Removal
   Laborer ............................................................ $32.00

\* Lead-Based Paint Removal Laborer.................. $32.00

\* Rates are base pay with full fringe benefits as per the terms of Article 14 of this Agreement. Rates are subject to the following increases:

                    May 1, 2019
                      - $1.60
                    May 1, 2020
                      - $1.65

• Laborers and Employer shall comply with all Federal, (including OSHA and EPA), State and Municipal laws, rules, and regulations pertaining to safety.

• The Local Union in whose territorial jurisdiction the work is being performed shall get a copy of the employers **Site Health** and **Safety Plan** prior to the start of the project.

• Hazardous waste, toxic waste and Lead abatement training shall be offered at the Laborers' District Council Training School, or the employer may offer company sponsored training. All training must meet all Federal, State, and Municipal laws, rules and regulations.

34

**SCHEDULE "C"**

REGARDING THE ESTABLISHMENT AND

ADMINSTRATION OF THE

LABORERS' DISTRICT COUNCIL
WELFARE FUND

AND THE

INDUSTRY ADVANCEMENT PROGRAM

35

**SCHEDULE "D"**

TRUST AGREEMENT

BETWEEN

THE GENERAL BUILDING CONTRACTORS
ASSOCIATION, INC.

THE CONTRACTORS ASSOCIATION
OF EASTERN PENNSYLVANIA

AND

LABORERS' DISTRICT COUNCIL
OF THE METROPOLITAN AREA
OF PHILADELPHIA & VICINITY

REGARDING

THE ESTABLISHMENT AND ADMINISTRATION
OF THE LABORERS' DISTRICT COUNCIL
CONSTRUCTION INDUSTRY PENSION FUND

36

**SCHEDULE "E"**

TRUST AGREEMENT

BETWEEN

THE GENERAL BUILDING CONTRACTORS
ASSOCIATION, INC.

AND THE LABORERS' DISTRICT

COUNCIL
OF THE METROPOLITAN AREA
OF PHILADELPHIA & VICINITY

REGARDING

THE ESTABLISHMENT AND
ADMINISTRATION OF THE

LABORERS' DISTRICT COUNCIL
BUILDING AND CONSTRUCTION
HEALTH AND WELFARE FUND

37

**SCHEDULE "F"**

TRUST AGREEMENT

BETWEEN

THE GENERAL BUILDING CONTRACTORS
ASSOCIATION, INC.

THE CONTRACTORS ASSOCIATION
OF EASTERN PENNSYLVANIA

AND THE LABORERS' DISTRICT
COUNCIL
OF THE METROPOLITAN AREA
OF PHILADELPHIA & VICINITY

REGARDING

THE ESTABLISHMENT AND
ADMINISTRATION OF THE

LABORERS' DISTRICT COUNCIL
PRE-PAID LEGAL SERVICES PLAN

38

**SCHEDULE "G"**

TRUST AGREEMENT

BETWEEN

THE GENERAL BUILDING CONTRACTORS
ASSOCIATION, INC.

THE CONTRACTORS ASSOCIATION
OF EASTERN PENNSYLVANIA

AND

LABORERS' DISTRICT COUNCIL
OF THE METROPOLITAN AREA
OF PHILADELPHIA & VICINITY

REGARDING

THE ESTABLISHMENT AND
ADMINISTRATION OF THE

LABORERS' DISTRICT COUNCIL EDUCATION
APPRENTICESHIP AND TRAINING FUND

39

**SCHEDULE "H"**

TRUST AGREEMENT

REGARDING

ESTABLISHMENT AND
ADMINISTRATION OF THE

LABORERS'- EMPLOYERS'
COOPERATION AND EDUCATION
TRUST AGREEMENT

40

**SCHEDULE "I"**

TRUST AGREEMENT

REGARDING

ESTABLISHMENT AND ADMINISTRATION

OF THE

LABORERS' PHILADELPHIA LOCAL
HEALTH AND SAFETY FUND

41

p.1

21576303'5

R. Boyer/D. Frith

Jan 28 15 03:52p

## EMPLOYER'S ACCEPTANCE OF AGREEMENT

### DATED MAY 1, 2015

### BETWEEN THE

### DELAWARE VALLEY INSULATION
### AND ABATEMENT CONTRACTORS
### ASSOCIATION, INC.

### AND THE

### LABORERS' DISTRICT COUNCIL
### OF THE METROPOLITAN AREA
### OF PHILADELPHIA AND VICINITY

We, the undersigned, each for ourselves alone, hereby ratify and approve the Agreement made by the Delaware Valley Insulation and Abatement Contractors Association Inc., and agree to be legally bound thereby;

Firm: _GRAHAM TECH ENVIRONMENTAL SERVICE NKC._

Address: _14 READ DRIVE SICKLERVILLE NJ_

City: _SICKLERVILLE NJ_    Zip: _08081_

Phone: _609-3/8-3/4_/Fax: _856/318-1605_ Date: _1/27/2016_

Signature for Company: _[signature]_

(Office, Owner or Partner)    (Date) _1/27/2016_

Printed Name: _WILLIS GRAHAM_

(Title of Officer) Signature for Laborers' District Council of the Metropolitan Area of Philadelphia and Vicinity:

(Name/Title)                     (Date)
Willis Graham OWNER              1/27/2016

1/27/16

p 2

2157630315

R. Boyer/D. Frith

Jan 28 16 03:52p

**EMPLOYER'S ACCEPTANCE OF AGREEMENT**

**DATED MAY 1, 2018**

**BETWEEN THE**

**DELAWARE VALLEY INSULATION
AND ABATEMENT CONTRACTORS
ASSOCIATION, INC.**

**AND THE**

**LABORERS' DISTRICT COUNCIL
OF THE METROPOLITAN AREA**

We, the undersigned, each for ourselves alone, hereby ratify and approve the Agreement made by the Delaware Valley Insulation and Abatement Contractors Association Inc., and agree to be legally bound thereby;

Firm: _____

Address: _____

City: _____ State: _____ Zip: _____

Phone: _____ _____ Fax: _____ Date: _____

Signature for Company: _____
                             (Office, Owner or Partner)     (Date)

Printed Name: _____

_____
            (Title of Officer)

Signature for Laborers' District Council of the Metropolitan Area of Philadelphia and Vicinity:

_____
(Name/Title)              (Date)

42

# MEMORANDUM OF AGREEMENT

The Laborers' District Council of the Metropolitan Area of Philadelphia and Vicinity, (hereinafter "Union") and the Delaware Valley Insulation and Abatement Contractors Association, Inc., (hereinafter "Employer") hereby agree to the following terms and conditions:

1. The term of this agreement shall be two years commencing May 1, 2021 to April 30, 2023, with all terms and conditions applicable as of May 1, 2021.

2. Total monetary increases (wages and fringes) shall be as follows:
   a. May 1, 2021 to April 30, 2022.............     $1.15 per hour
   b. May 1, 2022 to April 30, 2023 ............ .     $1.25 per hour

3. Attached hereto and made a part hereof is the May 1, 2021 rate increase Between Union and Employer.

4. The following language modification to the CBA Section 5 – Scope and Work Jurisdiction shall be as follows:

   This Agreement shall be binding in the Counties of Philadelphia, Montgomery, Bucks, Chester, and Delaware, in the Commonwealth of Pennsylvania,

   The Employer agrees to recognize the jurisdictional claims of the Laborers' District Council covering all work performed, including yard work, in connection with removal, abatement, encapsulation, control, handling or disposal of asbestos, toxic waste, hazardous waste and lead abatement, which will be assigned in accordance with the jurisdiction of the L.I.U.N.A., as set forth in the April 17, 1985 International Agreement for Removal of Asbestos Containing Materials which is attached as Addendum "1" hereto and as it may be modified or clarified during the term of this Agreement by the Signatory International Union parties or the signatory parties to this agreement. The Laborers' District Council's jurisdictional claims also include but are not limited to the use of all equipment in connection with the removal, abatement, encapsulation, control, handling or disposal of asbestos, toxic waste, hazardous waste and lead abatement, including but not limited to: bobcats, running of elevators, buggies, plug-in electrical equipment, vecum transportation system, (VEC Loader). fork-lift, job-site trucks, the erection,

moving, servicing and dismantling of all protective barriers, air locks, clean and dirty rooms, showers, air manifolds, erection and dismantling of all protective equipment; the operation of all tools and equipment used in the handling, control, scraping, scrubbing, removal, disposal of asbestos, toxic waste, hazardous waste, lead abatement and other materials; the bagging, cartonning, crating, or otherwise packaging of materials for disposal, including transportation to the dumpster; and the unloading, moving, erection, dismantling and loading of all scaffolding.

(All other language contained in Section 5 shall remain intact and included herein as though fully set forth at length.)

IN WITNESS WHEREOF, the parties, intending to be legally bound thereby, their heirs, successors, and assigns, do hereby set their hands and seals the day and year mentioned below.

AGREED AND ACCEPTED:

DELAWARE VALLEY INSULATION AND ABATEMENT CONTRACTORS ASSOCIATION, INC.

BY: _____
William A. Demark

Date: _____4-23-2021_____

LABORERS' DISTRICT COUNCIL OF THE METROPOLITAN AREA OF PHILADELPHIA AND VICINITY

BY: _____
Ryan N. Boyer, Business Manager

Date: _____4-26-2021_____

Date:  April 26, 2023

## MEMORANDUM OF AGREEMENT

### BETWEEN

## DELAWARE VALLEY INSULATION AND ABATEMENT CONTRACTORS ASSOCIATION, INC.

### AND
## LABORERS' DISTRICT COUNCIL OF PHILADELPHIA-BALTIMORE-WASHINGTON AND VICINITY

It is agreed as follows:

1. The parties agree to a three- year term commencing May 1, 2023 through April 30, 2026.

2. The parties agree to the following annual monetary rate increase:

    May 1, 2023 – April 30, 2024 - $1.55

    May 1, 2024 – April 30, 2025 - $1.70

    May 1, 2025 – April 30, 2026 - $1.75

3. All other contract terms and conditions of the previous agreement shall remain unchanged.

Agreed & Accepted on behalf of
Delaware Valley Insulation and
Abatement Contractors Association, Inc

By: _____
William A. Denmark, Esquire

Date: _April 26, 2023_

Agreed & Accepted on behalf of
Laborers' District Council of Philadelphia
Baltimore-Washington and Vicinity

By: _____
Ryan N. Boyer

Date: _April 27, 2023_



# *Laborers' District Council*



**Laborers' District Council**
of the Metropolitan Area of
Philadelphia and Vicinity

665 N. Broad Street
5th Floor
Philadelphia, PA 19123
Tel: **215-684-2090**
Fax: **215-684-0350**
Web Site:
www.ldc-phila-vic.org

Business Manager:
  Ryan N. Boyer
Secretary-Treasurer:
  Samuel Staten, Jr.
President:
  James Harper, Jr.
Vice President/
Recording Secretary:
  Esteban Vera, Jr.

April 27, 2023

Re: **May 1, 2023 Wage Increase for Asbestos Abatement**

Dear Contractor:

It has been agreed upon by the Laborers' District Council that the one dollar ($1.55) fifty-five cents increase shall be applied as follows: five ($0.05) cents increase into the Health & Safety Fund, ten ($0.10) cents increase into the L.E.C.E.T. Fund, fifteen ($0.15) cents increase into the Annuity Fund and one dollar ($1.25) twenty-five cents increase into the Wage Rate.

Deductions from the wages will be as follows: five ($0.05) cents increase into the P.A.C. Fund and the Field Dues will remain the same.

The new rates effective May 1, 2023 are as follows:

**ASBESTOS ABATEMENT:**

| | |
|---|---|
| MASTER ABATEMENT TECH | $37.95 |
| TOXIC & HAZARDOUS WASTE REMOVAL | $37.95 |
| LEAD BASED PAINT REMOVAL LABORERS' | $37.95 |
| FOREMAN | $38.95 |
| PENSION & ANNUITY | 12.68 |
| L.D.C.L.R.S.H.S.F. | .54 |
| L.E.T.P./J.A.P. | 2.76 |
| L.E.C.E.T. | .51 |
| I.A.P. | .15 |
| PREPAID LEGAL | .41 |
| HEALTH & WELFARE | 10.25 |

**DEDUCTIONS:**

| | |
|---|---|
| FIELD DUES | $2.40 |
| P.A.C. | 0.55 |

Sincerely,

Ryan N. Boyer
Business Manager

RNB/dlf



Laborers' International Union
of North America...AFL-CIO

Building Trades Council
of Philadelphia

